UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                          Chapter 13
FLORANCE BROWN
Debtor(s)                                              Case No. 17-26308-E

---

### NOTICE OF HEARING

---

        The Chapter 13 Trustee's Objection To Confirmation having been filed by Sylvia
Ford Brown on September 06, 2017.
        NOTICE IS HEREBY GIVEN THAT:
        The Chapter 13 Trustee's Objection To Confirmation shall be held on October
05, 2017, at  9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson
Avenue, Memphis, Tennessee, 38103.

        Debtors should contact their attorney to see if their attendance is necessary.
This hearing may be continued or adjourned from time to time by oral announcement
(at the hearing) of the continued or adjourned date and time, without further
written notice.

                                          /s/ Sylvia Ford Brown
                                          CHAPTER 13 TRUSTEE

---

### OBJECTION TO CONFIRMATION

---

        Comes now your Standing Chapter 13 Trustee who would show unto the Court the
following for which relief is sought:

1.    It is reasonably believed and the proof will show that:
The Chapter 13 Petition and plan fail to comply with 11 U.S.C. §1325 (a)(3) which
requires that the plan be proposed in good faith.

2.    Because the petition  fails to comply with applicable provisions of the
Bankruptcy Code, the confirmation  should be denied and the debtor given an
opportunity to submit a modified plan within a reasonable time.

    PREMISES CONSIDERED, your Chapter 13 Trustee prays:

1.    That the Court set this objection for a hearing.

2.    That the Court deny confirmation and grant the debtor a reasonable time in
which to submit the modified plan.

3.    That the Chapter 13 Trustee be granted such other and further relief to which
he or she may be entitled.

                                          /S/ Sylvia Ford Brown
                                          CHAPTER 13 TRUSTEE

CC:    CHAPTER 13 TRUSTEE
JB
       FLORANCE BROWN
       5716 DEERFIELD DRIVE #3
       MEMPHIS, TN  38134

       TED I JONES ATTORNEY

       All Entities On Matrix