UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
FLORANCE BROWN
Debtor(s)                                       Case No. 17-26308-E
_____
                        NOTICE OF HEARING
_____
     The Chapter 13 Trustee's Motion to Dismiss Chapter 13 having been
filed by Sylvia Ford Brown  on September 06, 2017.

     NOTICE IS HEREBY GIVEN THAT:

     The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case shall
be held on 10/5/2017, at   9:00 am in the United States Bankruptcy
Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

     Debtors should contact their attorney to see if their attendance
is necessary.  This hearing may be continued or adjourned from time to
time by oral announcement (at the hearing) of the continued or
adjourned date and time, without further written notice.

                                        /S/ Sylvia Ford Brown
                                        CHAPTER 13 TRUSTEE

_____
                       MOTION TO DISMISS
             CHAPTER 13 CASE FOR SUFFICIENT GROUNDS
_____
     Comes now your Standing 13 Trustee who would show unto the Court
that pursuant to 11 U.S.C. 1307 he or she reasonably believes there
are sufficient grounds to dismiss this case.


     PREMISES CONSIDERED, your Trustee prays:
     1. That the matter be set for hearing.
     2. That the case be dismissed.
     3. That the Trustee be granted such other and further relief to
which he or she may be entitled.

                                        /S/ Sylvia Ford Brown
                                        CHAPTER 13 TRUSTEE

CC:  CHAPTER 13 TRUSTEE

     FLORANCE BROWN
     5716 DEERFIELD DRIVE #3
     MEMPHIS,  TN 38134

     TED I JONES ATTORNEY